IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUSTY AARON SONGER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | NO. CIV-25-0153-HE |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Petitioner Dusty Aaron Songer, proceeding *pro se* and *in forma pauperis*, seeks habeas relief under 28 U.S.C. § 2241.

On March 14, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending that the interest of justice warrants the transfer of the matter to the United States District Court for the Western District of Texas.

Magistrate Judge Erwin advised petitioner of the right to object to the Report and Recommendation by March 31, 2025. To date, petitioner has neither filed an objection nor sought additional time to file one. Petitioner therefore has waived the right to appellate review of both factual and legal questions addressed in the Report and Recommendation. *See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #10].

In the interest of justice, petitioner's § 2241 habeas action is **TRANSFERRED**, pursuant to 28 U.S.C. § 1631, to the United States District Court for the Western District of Texas.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE